# PD-1322-15

NO. _____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

ISAAC GONZALEZ,

Petitioner,

v.

THE STATE OF TEXAS

Respondent.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

From Appeal No. 13-15-00334-CR

Trial Court Cause No. 12-3-26,449-A

## FIRST MOTION FOR EXTENSION OF TIME TO FILE

## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Isaac Gonzalez, "Petitioner," pro se, and files this motion for an extension of at least sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 24th District Court of Victoria County, Texas, in Cause No. 12-3-26,449-A, styled State of Texas vs. Isaac Gonzalez. On June 12, 2015, Petitioner filed a motion with the trial court, requesting appointment of counsel for habeas corpus, titled DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL FOR HABEAS CORPUS, UNDER TEXAS FAIR DEFENSE ACT, ARTICLE 1.051 V.A.C.C.P. On June 19, 2015, Petitioner's motion was denied by the trial court, without an explanation of why. Petitioner timely filed Notice of Appeal, on June 15, 2015, appealing to the Court of Appeals for the Thirteenth (13th) Judicial District of Texas. Said Court of Appeals dismissed the appeal for want of jurisdiction on September 3, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is October 3, 2015. Petitioner has not requested any extension of time prior to this request.

## III.

Petitioner's request for an extension of time is based upon the following facts: Petitioner is a layman of the law and unskilled in the drafting of legal documents; Petitioner's access to the law library is limited to about ten (10) hours per week; Petitioner has not had sufficient time to research for the filing of a Petition for Discretionary Review; Petitioner does not have the funds to hire an attorney to handle this litigation; and the matter being appealed is somewhat new, requiring an extensive amount of research to argue.

## PRAYER:

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this Honorable Court will GRANT this motion and extend the deadline for filing Petition for Discretionary Review to December 2, 2015, or any day thereafter.

Petitioner prays for general relief and any other relief he may be entitled.

I, Isaac Gonzalez, TDCJ No. 1809453, being presently incarcerated at the French M. Robertson unit of the Texas Department of Criminal Justice in Jones County, Texas; do hereby verify and declare under penalty of perjury that the foregoing is both true and correct, as well as offered in good faith.

[Tex.Civ.Prac.& Rem.Code § 132.001-003 et seq./Title 28 U.S.C.§ 1746]
(A signed/dated copy of this MOTION shall have the same validity as its original)

SIGNED AND EXECUTED on this the 29th day of September, 2015.

RESPECTFULLY SUBMITTED,

/s/ Isaac Gonzalez

Petitioner, Pro Se

Isaac Gonzalez # 1809453
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

## CERTIFICATE OF SERVICE:

The above signer hereby certifies that a true and correct copy of the foregoing FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW has been forwarded to all parties in this matter, via 1st Class U.S. Mail, Postage Pre-Paid, deposited in the outgoing prison mailbox on this the 29th day of September, 2015; addressed to:

- Abel Acosta, Clerk
  Texas Court of Criminal Appeals
  P.O. Box 12308
  Capitol Station
  Austin, Texas 78711

- Stephen B. Tyler, District Attorney
  Victoria County, Texas
  205 N. Bridge St., Suite 301
  Victoria, Texas 77901

- State Prosecuting Attorney
  P.O. Box 12405
  Austin, Texas 78711

IG/awr-File